HOLLAND & KNIGHT LLP
Samuel J. Stone (SBN 317013)
400 S. Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile:  (213) 895.2450
Email:  sam.stone@hklaw.com

HOLLAND & KNIGHT LLP
Nipun J. Patel (*pro hac vice forthcoming*)
Justin M. Kadoura (*pro hac vice forthcoming*)
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone: 215.252.9527
Fax: 215.867.6070
Email: nipun.patel@hklaw.com
           justin.kadoura@hklaw.com

Attorneys for Defendants
Defendant WSP USA, INC. WSP USA BUILDINGS, INC., and kW MISSION CRITICAL ENGINEERING, D.P.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CG ENTERPRISES HOLDINGS, LLC, a California limited liability company; and STEPHEN M. COON, an individual;<br><br>                Plaintiff,<br><br>        vs.<br><br>WSP USA, INC., a New York corporation; WSP USA BUILDINGS, INC., a New York corporation; kW MISSION CRITICAL ENGINEERING, D.P.C., a New York design professional corporation; and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No. 3:24-cv-00292-CRB<br><br>[Removed from Sonoma County Superior Court Case No.:24CV00024]<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>Action Filed:  January 2, 2024 |

Pursuant to Civil L.R. 3-15 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant WSP USA, INC., WSP USA BUILDINGS INC. and KW MISSION CRITICAL ENGINEERING, D.P.C., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant WSP USA, Inc. is a wholly-owned subsidiary of Parsons Brinckerhoff Holdings Inc., which is in turn a wholly-owned subsidiary of Defendant WSP USA Buildings Inc.

2. Defendant WSP USA Buildings Inc. is a wholly-owned subsidiary of WSP USA Holdings, Inc. WSP USA Holdings, Inc. is a wholly-owned subsidiary of WSP Group Holding LLC, which in turn is a wholly-owned subsidiary of WSP USA Group Holding Inc., which in turn is a wholly-owned subsidiary of WSP Group Consulting Inc., which in turn is a wholly owned subsidiary of WSP Global Inc., a publicly traded corporation on the Toronto Stock Exchange (ticker symbol: WSP:CA).

3. Caisse de Depot et Placement de Quebec and CPP Investment Board each have a greater than 10% ownership in WSP Global Inc.

4. Defendant kW Mission Control Engineering, D.P.C. merged into Defendant WSP USA Buildings Inc. in 2020 and no longer exists as an entity.

Dated: January 23, 2024

HOLLAND & KNIGHT LLP

By:  /s/     Samuel J. Stone

Samuel J. Stone

Attorneys for Defendants,
WSP USA, INC., WSP USA BUILDINGS, INC. and
KW MISSION CRITICAL ENGINEERING, D.P.C.