AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CG Enterprises Holdings, LLC et al.<br><br>*Plaintiff(s)*<br>v.<br>WSP USA, Inc. et al.<br><br>*Defendant(s)* | Civil Action No. 3:24-cv-00292-CRB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WSP USA, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jay Parmelee
Denton Peterson Dunn, PLLC
1930 N. Arboleda, Suite 200
Mesa, AZ 85213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Mark B. Busby

Date: January 24, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CG Enterprises Holdings, LLC et al. <br><br> *Plaintiff(s)* <br> v. <br> WSP USA, Inc. et al. <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-00292-CRB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* WSP USA Buildings, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jay Parmelee
Denton Peterson Dunn, PLLC
1930 N. Arboleda, Suite 200
Mesa, AZ 85213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: January 24, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CG Enterprises Holdings, LLC et al. <br><br> *Plaintiff(s)* <br> v. <br> WSP USA, Inc. et al. <br><br> *Defendant(s)* | Civil Action No. 3:24-cv-00292-CRB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  kW Mission Critical Engineering, D.P.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jay Parmelee
Denton Peterson Dunn, PLLC
1930 N. Arboleda, Suite 200
Mesa, AZ 85213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: January 24, 2024

*CLERK OF COURT*
*Mark B.Busby*

*Signature of Clerk or Deputy Clerk*