| | |
|---|---|
| 1 | HOLLAND & KNIGHT LLP |
| | Samuel J. Stone (SBN 317013) |
| 2 | 400 S. Hope Street, 8th Floor |
| | Los Angeles, CA 90071 |
| 3 | Telephone: (213) 896-2400 |
| | Facsimile:  (213) 895.2450 |
| 4 | Email:  sam.stone@hklaw.com |
| 5 | HOLLAND & KNIGHT LLP |
| | Nipun J. Patel (*pro hac vice*) |
| 6 | Justin M. Kadoura (*pro hac vice*) |
| | 1650 Market Street, Suite 3300 |
| 7 | Philadelphia, Pennsylvania 19103 |
| | Phone: 215.252.9527 |
| 8 | Fax: 215.867.6070 |
| | Email: nipun.patel@hklaw.com |
| 9 | justin.kadoura@hklaw.com |
| 10 | Attorneys for Defendants |
| | Defendant WSP USA, INC., WSP USA BUILDINGS INC., |
| 11 | and kW MISSION CRITICAL ENGINEERING, D.P.C., |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CG ENTERPRISES HOLDINGS, LLC, a California limited liability company; and STEPHEN M. COON, an individual | ) ) ) | Case No.:  3:24-CV-00292 |
| | ) | Hon. Charles R. Breyer |
| Plaintiffs, | ) ) | **DEFENDANTS' ACCEPTANCE OF SERVICE** |
| vs. | ) ) | |
| WSP USA, INC., a New York corporation; WSP USA BUILDINGS, INC., a New York corporation; kW MISSION CRITICAL ENGINEERING, D.P.C., a New York design professional corporation; and DOES 1 through 20, inclusive, Defendants. | ) ) ) ) ) ) ) ) ) ) | |

| | | |
|---|---|---|
| ACCEPTANCE OF SERVICE | | Case No.:  3:24-CV-00292 |

Holland & Knight LLP, counsel of record for WSP USA, Inc., WSP USA Buildings, Inc. and kW Mission Critical Engineering, D.P.C. ("Defendants") hereby accepts service of the Summons, Complaint, Civil Cover Sheet, and Application for Temporary Restraining Order filed in the above-referenced action, as if the same had been properly served upon Defendants by an authorized process server effective on January 17, 2024 pursuant to Federal Rules of Civil Procedure.

Defendants do not waive any procedural or substantive rights by and through this Acceptance of Service.

Dated: February 1, 2024         HOLLAND & KNIGHT LLP

By: /s/ Samuel J. Stone
Attorneys for Defendants

WSP USA, INC., WSP USA BUILDINGS INC., and kW MISSION CRITICAL ENGINEERING, D.P.C.