**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CG ENTERPRISES HOLDINGS, LLC, a California limited liability company; and STEPHEN M. COON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>WSP USA, INC., a New York corporation; WSP USA BUILDINGS, INC., a New York corporation; kW MISSION CRITICAL ENGINEERING, D.P.C., a New York design professional corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:24-CV-00292<br>Hon. Charles R. Breyer<br><br>**[Civ.L.R. 7-11]**<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST TO EXTEND THE PAGE LIMIT FOR DEFENDANTS' FORTHCOMING MOTION TO DISMISS OR STAY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)** |

---

[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST TO EXTEND PAGE LIMIT         Case No.: 3:24-CV-00292

# [PROPOSED] ORDER

Pursuant to the Joint Stipulation of Plaintiffs CG Enterprises Holdings, LLC and Stephen M. Coon ("Plaintiffs") and Defendant WSP USA, Inc., WSP USA Buildings Inc., and kW Mission Critical Engineering, D.P.C. ("Defendants"), by and through their respective counsel of record, the Court hereby orders as follows:

Defendants shall have a total of not more than 22 pages for their forthcoming Motion to Dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February __, 2024

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER RE: JOINT STIPULATION
AND REQUEST TO EXTEND PAGE LIMIT

Case No.: 3:24-CV-00292

1