HOLLAND & KNIGHT LLP
Samuel J. Stone (SBN 317013)
400 S. Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile:  (213) 895.2450
Email:  sam.stone@hklaw.com

HOLLAND & KNIGHT LLP
Nipun J. Patel (*pro hac vice*)
Justin M. Kadoura (*pro hac vice*)
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone: 215.252.9527
Fax: 215.867.6070
Email: nipun.patel@hklaw.com
            justin.kadoura@hklaw.com

Attorneys for Defendants
WSP USA, INC., WSP USA BUILDINGS, INC., and
kW MISSION CRITICAL ENGINEERING, D.P.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CG ENTERPRISES HOLDINGS, LLC, a California limited liability company; and STEPHEN M. COON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WSP USA, INC., a New York corporation; WSP USA BUILDINGS, INC., a New York corporation; kW MISSION CRITICAL ENGINEERING, D.P.C., a New York design professional corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  3:24-cv-00292-VC<br><br>[Removed from Sonoma County Superior Court Case No.: 24CV00024]<br><br>**DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2), (3), AND (6) OR, IN THE ALTERNATIVE, TO STAY THIS ACTION PURSUANT TO 9 U.S.C. § 3, OR TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>[Fed. R. Civ. P. 12(b); Civ.L.R. 7]<br><br>Hearing Date:  March 14, 2024<br>Hearing Time:  10:00 a.m.<br>Location:         450 Golden Gate Avenue, Courtroom 4, 17th Floor, San Francisco, CA 94102 |

**PLEASE TAKE NOTICE THAT** in accordance with this Court's February 8, 2024 Order (ECF No. 27), Defendants WSP USA, INC., WSP USA BUILDINGS, INC., and kW MISSION CRITICAL ENGINEERING, D.P.C. ("Defendants") hereby re-move the above-captioned Court, located at 450 Golden Gate Avenue, Courtroom 4, 17th Floor, San Francisco, California 94102, for an order dismiss all claims alleged against them in the Complaint filed by Plaintiffs Stephen Coon and CG Enterprise Holdings, LLC, or in the alternative, staying this Action or transferring it. This Motion is based on this Notice of Motion and Motion, the previously-filed Notice of Motion and Motion (ECF No. 24), Memorandum of Points and Authorities (*Id.*), Declaration of Kenneth Clausen in Support Thereof (ECF No. 24-1), the Proposed Order Thereupon (ECF No. 24-2), any papers filed in Reply, argument of counsel, the Court's file, and any and all other matters the Court deems appropriate and proper.

Dated: February 13, 2024

**HOLLAND & KNIGHT LLP**

*/s/ Samuel J. Stone*
Samuel J. Stone

Attorneys for Defendants
WSP USA, INC., WSP USA BUILDINGS, INC., and kW MISSION CRITICAL ENGINEERING, D.P.C.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Tel.: 213.896.2400 Fax: 213.896.2450