HOLLAND & KNIGHT LLP
Samuel J. Stone (SBN 317013)
400 S. Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile:  (213) 895.2450
Email:  sam.stone@hklaw.com

HOLLAND & KNIGHT LLP
Nipun J. Patel (*pro hac vice*)
Justin M. Kadoura (*pro hac vice*)
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone: 215.252.9527
Fax: 215.867.6070
Email: nipun.patel@hklaw.com
          justin.kadoura@hklaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CG ENTERPRISES HOLDINGS, LLC, a California limited liability company; and STEPHEN M. COON, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WSP USA, INC., a New York corporation; WSP USA BUILDINGS, INC., a New York corporation; kW MISSION CRITICAL ENGINEERING, D.P.C., a New York design professional corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.  3:24-cv-00292-VC<br><br>[Removed from Sonoma County Superior Court Case No.: 24CV00024]<br><br>**JOINT MOTION AND STIPULATION FOR LEAVE TO FILE OVERSIZED BRIEF** |

Defendants WSP USA, Inc. and WSP USA Buildings Inc. ("WSP") and Plaintiffs CG Enterprises Holdings, LLC and Stephen Coon, by and through undersigned counsel, hereby stipulate to the following pursuant to Local Rules 7-11 and 7-12:

1. This action relates to a dispute that has spanned three separate jurisdictions, including this Court, the Northern District of New York, and a AAA arbitration in New York.

2. On February 2, 2024, WSP moved to dismiss Plaintiffs CG Enterprises Holdings, LLC and Stephen Coon's claims under §§ 16600 and 17200, pursuant to Federal Rule of Civil Procedure 12(b).

3. Pursuant to a stipulation submitted by the Parties (Doc. No. 22), the Memorandum in support of WSP's Motion included twenty-two (22) pages of substantive argument.

4. In its Motion, WSP raises several grounds for dismissal, including lack of jurisdiction under the Federal Arbitration Act, lack of personal jurisdiction, improper venue, and failure to state a claim.

5. WSP also included in its Motion a request to transfer this action to the Southern District of New York under § 1404(a), rather than file a separate motion on that issue.

6. On February 16, 2024, Plaintiffs responded to WSP's Motion.

7. Pursuant to the Parties' earlier stipulation, Plaintiffs' Response included twenty-one (21) pages of substantive argument.

8. In their Reply in support of their Motion for a TRO, Plaintiffs also made an additional legal argument that was relevant to that Motion but that also bears directly on WSP's Motion to Dismiss.[1]

9. Given the number and complexity of the issues involved, the Parties agree that WSP should be granted leave to file an oversized Reply brief (attached hereto as **Exhibit A**) no longer than fifteen (15) pages.

---

[1] To be clear, WSP does not contend that Plaintiffs' inclusion of that argument in their Reply was improper, and WSP wishes to address that argument only to the extent that it bears directly on WSP's Motion to Dismiss—not to raise new objection to the propriety of Plaintiffs' requested TRO that WSP did not already raise in its Opposition to Plaintiffs' Motion.

10. To the extent the Court denies this request, WSP requests that it be provided a reasonable extension of time to revise its existing Reply so that it complies with any other page-limitation the Court believes would be appropriate under these circumstances.

Dated: February 23, 2024                    HOLLAND & KNIGHT LLP

                                            By: /s/ *Samuel J. Stone*

                                            Attorney for Defendants

                                            WSP USA, INC., WSP USA BUILDINGS INC., and kW MISSION CRITICAL ENGINEERING, D.P.C.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Tel.: 213.896.2400  Fax: 213.896.2450

## CERTIFICATE OF SERVICE

I, Sam Stone, hereby certify that on February 23, 2024, I caused the foregoing Joint Motion and Stipulation for Leave to File an Oversized Brief to be served on all Parties in this action by filing it on this Court's CM/ECF system.

/s/ Sam Stone
Sam Stone

JOINT MOTION AND STIPULATION FOR LEAVE TO FILE OVERSIZED BRIEF              Case No.: 3:24-cv-00292- VC