HOLLAND & KNIGHT LLP
Samuel J. Stone (SBN 317013)
400 S. Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile:  (213) 895.2450
Email:  sam.stone@hklaw.com

HOLLAND & KNIGHT LLP
Nipun J. Patel (*pro hac vice*)
Justin M. Kadoura (*pro hac vice*)
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone: 215.252.9527
Fax: 215.867.6070
Email: nipun.patel@hklaw.com
       justin.kadoura@hklaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CG ENTERPRISES HOLDINGS, LLC, a California limited liability company; and STEPHEN M. COON, an individual;<br><br>          Plaintiff,<br><br>     vs.<br><br>WSP USA, INC., a New York corporation; WSP USA BUILDINGS, INC., a New York corporation; kW MISSION CRITICAL ENGINEERING, D.P.C., a New York design professional corporation; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.  3:24-cv-00292-VC<br><br>[Removed from Sonoma County Superior Court Case No.: 24CV00024]<br><br>**[PROPOSED] ORDER RE: JOINT MOTION AND STIPULATION FOR LEAVE TO FILE OVERSIZED BRIEF** |

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation of Plaintiffs CG Enterprises Holdings, LLC and Stephen M. Coon ("Plaintiffs") and Defendant WSP USA, Inc., WSP USA Buildings Inc., and kW Mission Critical Engineering, D.P.C. ("Defendants"), by and through their respective counsel of record, the Court hereby orders as follows:

Defendants shall have a total of not more than 15 pages for their forthcoming Reply in support of their Motion to Dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February __, 2024

_____
Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE

3