Scott F. Gibson (Pro Hac Vice)
SGibson@DentonPeterson.com
Jay Parmelee (Pro Hac Vice)
Jay@DentonPeterson.com

**DENTON PETERSON DUNN**
ATTORNEYS & COUNSELORS AT LAW

1930 N. ARBOLEDA ROAD, SUITE 200
MESA, ARIZONA 85213
TELEPHONE: (480) 325-9900
FACSIMILE: (480) 325-9901
HTTPS://ARIZONABUSINESSLAWYERAZ.COM
*Attorneys for Plaintiffs*

Heywood G. Friedman
heywood@friedmanlawoffices.com
Friedman + Bartoumian
30401 Agoura Road, Suite 200
Agoura Hills, California 91301
Telephone: (818) 707-1488
Facsimile: (810) 707-0490
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CG Enterprises Holdings, LLC, a California limited liability company; and Stephen M. Coon, an individual,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>WSP USA, Inc., a New York corporation, WSP USA Buildings, Inc., a New York corporation; kW Mission Critical Engineering, D.P.C., a New York design professional corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00292-VC<br><br>**SECOND STATUS REPORT TO THE COURT** |

　　　Pursuant to the Court's Order of February 26, 2024, the parties jointly advise the Court as follows:

　　　A related case, WSP USA, Inc. v. Stephen Coon, American Arbitration Association Case No. 01-24-0000-0148, has been assigned to arbitrator David C. Singer. As noted in the

1

First Status Report to the Court filed on May 24, 2024, Arbitrator Singer issued an Interim Order on Claimant's Motion for Interim Relief on April 12, 2024. A hearing on the merits of the case currently is scheduled for October 8-11 in New York City.

Dated August 27, 2024.

**DENTON PETERSON DUNN, PLLC**

/s/ Scott F. Gibson
Scott F. Gibson
Jay Parmelee
1930 N. Arboleda Road, Suite 200
Mesa, AZ  85213
*Attorneys for Plaintiffs*


**HOLLAND & KNIGHT, LLP**

/s/ Justin Kadoura (with permission)
Justin M. Kadoura
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Samuel J. Stone
>Holland & Knight, LLP
>400 South Hope Street, 8th Floor
>Los Angeles, California 90071
>
>Justin M. Kadoura
>1650 Market Street, Suite 3300
>Philadelphia, Pennsylvania 19103
>*Attorneys for Defendants*

/s/ Lindsey Rice