Scott F. Gibson (Pro Hac Vice)
SGibson@DentonPeterson.com
Jay Parmelee (Pro Hac Vice)
Jay@DentonPeterson.com

**DENTON PETERSON DUNN**
ATTORNEYS & COUNSELORS AT LAW

1930 N. Arboleda Road, Suite 200
Mesa, Arizona 85213
Telephone: (480) 325-9900
Facsimile: (480) 325-9901
https://arizonabusinesslawyeraz.com
*Attorneys for Plaintiffs*

Heywood G. Friedman
heywood@friedmanlawoffices.com
Friedman + Bartoumian
30401 Agoura Road, Suite 200
Agoura Hills, California 91301
Telephone: (818) 707-1488
Facsimile: (810) 707-0490
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CG Enterprises Holdings, LLC, a California limited liability company; and Stephen M. Coon, an individual,<br><br>Plaintiffs,<br>vs.<br><br>WSP USA, Inc., a New York corporation, WSP USA Buildings, Inc., a New York corporation; kW Mission Critical Engineering, D.P.C., a New York design professional corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00292-VC<br><br>**Notice of Dismissal** |

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiffs give notice that they are dismissing this case with prejudice. Defendants have not served an answer or motion for summary judgment in this action.

Dated October 14, 2024.

**DENTON PETERSON DUNN, PLLC**

/s/ Jay Parmelee
Scott F. Gibson
Jay Parmelee
1930 N. Arboleda Road, Suite 200
Mesa, AZ  85213
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Samuel J. Stone
>Holland & Knight, LLP
>400 South Hope Street, 8th Floor
>Los Angeles, California 90071
>
>Justin M. Kadoura
>1650 Market Street, Suite 3300
>Philadelphia, Pennsylvania 19103
>*Attorneys for Defendants*

/s/ Lindsey Rice